09262-72472 (GAL)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE,
# EASTERN DIVISION

| | | |
|---|---|---|
| **WINDIE LONGMIRE** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:11-cv-01387-egb |
| | ) | JURY DEMAND |
| **PERSEUS DISTRIBUTION, INC,** | ) | |
| | ) | |
| Defendant. | ) | |

_____

## STIPULATION OF DISMISSAL WITH PREJUDICE
_____

COME NOW all parties to this action and inform the Court that all matters at issue in this case have been resolved by way of compromise. Therefore, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action against the Defendant, Perseus Distribution, Inc., with prejudice. Counsel for the parties in this matter have signed a stipulation showing that all parties are in agreement, that the dismissal shall be with prejudice, and that no party will seek discretionary costs, attorney's fees, or expenses.

Respectfully submitted,

GILBERT RUSSELL McWHERTER, P.L.C.

By:   s/Justin S. Gilbert
JUSTIN S. GILBERT  (BPR #017079)
JESSICA F. SALONUS  (BPR # 028158)
Attorneys for Plaintiff Windie Longmire
101 North Highland Avenue
Jackson, Tennessee  38301
(731) 664-1340
jgilbert@gilbertfirm.com.com
jbobbitt@gilbertfirm.com

                                RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:      s/Geoffrey A. Lindley
        GEOFFREY A. LINDLEY  (BPR # 021574)
        Attorneys for Defendant Perseus Distribution, Inc.
        209 East Main Street
        P.O. Box 1147
        Jackson, Tennessee  38302-1147
        (731) 423-2414
        glindley@raineykizer.com