09262-72472 (GAL)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE,
### EASTERN DIVISION

| | | |
|---|---|---|
| **WINDIE LONGMIRE** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **No. 1:11-cv-01387-JDB egb** |
| | ) | **JURY DEMAND** |
| **PERSEUS DISTRIBUTION, INC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

The parties to the action have filed a Stipulation of Dismissal with Prejudice, noting that they have resolved all issues in this action by way of compromise.

**IT IS, THEREFORE, ORDERED**, that this matter is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  All parties will be responsible for their own attorney's fees and court costs.

This the 16th  day of August, 2012.


**s/ J. Daniel Breen**
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE