# United States District Court
**WESTERN DISTRICT OF TENNESSEE**
Eastern Division

## JUDGMENT IN A CIVIL CASE

**WINDIE LONGMIRE,**
Plaintiff,

CASE NUMBER: 1:11-cv-1387-JDB-egb

v.

**PERSEUS DISTRIBUTION, INC.,**
Defendant,

**Decision by Court.** This action came before the Court and the issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in accordance with the Stipulation entered in the above-styled matter on 8/16/2012, this case is hereby dismissed with prejudice.

**APPROVED:**

s/J. Daniel Breen
United States District Judge

**THOMAS M. GOULD
CLERK**

**BY: s/ Evelyn Cheairs
DEPUTY CLERK**